IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-00552SOM |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | Date Filed: 01/18/06 |
| ALBERT ANTHONY HEWITT, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

# THIS IS A SEALED DOCUMENT

ORIGINAL TO BE STORED IN A SEPARATE FILE

TITLE OF DOCUMENTS:
Motion for Downward Departure - on behalf of defendant [SEALED]



SEALED BY ORDER OF THE COURT

DOCUMENT NO. 31