# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00552SOM |
| CASE NAME: | USA vs. Albert Anthony Hewitt |
| ATTYS FOR PLA: | Florence Nakakuni |
| | Mark Inouye (Dept of Labor) |
| ATTYS FOR DEFT: | Birney Bervar |
| | Ellie Asasaki (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/23/2006 | TIME: | 3:00 - 3:35 |

COURT ACTION:  EP: Sentencing to Counts 1 and 6 of the Indictment;   Motion for Downward Departure -

Defendant Albert Anthony Hewitt present.

Court adopts the PSR, and it is filed under seal along with the USPO's recommendations.

The Memorandum of Plea Agreement has been accepted by the Court.

Allocution by the Defendant.

Motion for Downward Departure - Granted.

ADJUDGED:

Imprisonment: 75 Days.

Supervised Release: 1 Year, with a special condition requiring 6 months of home detention.

Restitution: $17,500.00

Special Assessment:$200.00 ($100.00 as to each count).
CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. Since the defendant does not have a recent history of substance abuse and the offense is not drug related, is recommended that the Court waive the mandatory drug test condition.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

- That restitution of $17,500 is due immediately to United Public Workers Union, 1426 N. School Street, Honolulu, Hawaii, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision. Since the restitution due to UPW appears directly related to the judgment entered against him in the U.S. District Court, Orange County, FL, the defendant and the Probation Office coordinate the payment of restitution with the U.S. District Court, Orange County, to avoid double-counting of payment.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic

debtor's examinations as directed by the Probation Office.

- That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

- That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

- That the defendant cooperate with the Internal Revenue Service and arrange for the payment of delinquent taxes, interest and penalties, and the filing of tax returns.

Defendant requests that supervision be transferred to the Middle District of Florida - Granted.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: Camp at Eglin.

Government's Motion to Dismiss Counts 2, 3, 4, and 5 - Granted.

Mittimus is stayed until 2/27/06.

Defendant to self surrender @ 10:00 a.m. 2/27/06 at the facility designated by the BOP.

Submitted by: Toni Fujinaga, Courtroom Manager.