ORIGINAL

BERVAR & JONES
Attorneys at Law
A Law Partnership

BIRNEY B. BERVAR    5482
1400 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 550-4990
Facsimile:   (808) 550-4991

LODGED

FEB 2 4 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at ___4___ o'clock and __05__ min __P__ M
SUE BEITIA, CLERK

Attorney for Defendant
Albert Anthony Hewitt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  03-00552 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO AMEND |
| | ) | SELF-SURRENDER |
| vs. | ) | DATE; ORDER |
| | ) | |
| ALBERT ANTHONY HEWITT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION TO AMEND
## SELF-SURRENDER DATE

IT IS HEREBY STIPULATED AND AGREED between the parties

undersigned that Defendant Albert Anthony Hewitt's self-surrender date be amended

to be extended from February 27, 2006 to March 20, 2006.  This extension is necessary

due to the prison's accommodation condition.

DATED: Honolulu, Hawaii, _____ FEB 2 4 2006 _____.

_____
FLORENCE T. NAKAKUNI
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
BIRNEY B. BERVAR
Attorney for Defendant
ALBERT ANTHONY HEWITT

IT IS APPROVED AND SO ORDERED:

_____
SUSAN OKI MOLLWAY
United States District Judge
District of Hawaii

_____
*USA v. Albert Anthony Hewitt*; Cr. No. 03-00552 SOM; In the United States
District Court; Stipulation to Amend Self-Surrender Date; Order.

2

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii; February 24, 2006.



_Susan Oki Mollway_
Susan Oki Mollway
United States District Judge