PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
CR 03-00552SOM-01

DOCKET NUMBER *(Rec. Court)*
6:06-CV745-OLL-31KRS

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ALBERT ANTHONY HEWITT | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/30/2006 — TO 5/29/2007 |

**OFFENSE**

18 USC § 954 - Receipt of Fees Relating to an Employee Benefit Plan

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2006

at 3 o'clock and 2 min. __M
SUE BEITIA, CLERK

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Middle District of Florida</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JUL 28 2006
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/11/06
_____
Effective Date

_____
United States District Judge