AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00552SOM |
| ALBERT ANTHONY HEWITT | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY COMMANDED TO ARREST ALBERT ANTHONY HEWITT and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment charging him or her with (brief description of offense)

Counts 1 - 6 : Employee Benefit - Fraud, Theft

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2007

at 10 o'clock and 02 min. A M
SUE BEITIA, CLERK

SEALED
BY ORDER OF THE COURT

RECEIVED 2003 NOV 25 PH 3:54 U.S. MARSHALS SERVICE HONOLULU, HI

in violation of Title 18 United States Code, Section(s) 1954.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | NOVEMBER 25, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

NO BAIL        By: Kevin S. C. Chang, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent | *[signature]* |
| Date of Arrest  JAN 21 2004 | Rachel A. Byrd | Rachel A. Byrd |